# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 543 EAL 2014
:
                Respondent      : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v.              :
:
:
:
TYRON SOMBERGER,         :
:
              Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.